| 26 | 279 |
| 80 | 326 |
| 26 | 279 |
| f107 | 520 |
| 26 | 279 |
| 108 | 231 |
| 26 | 279 |
| 114 | 66 |
| 26 | 279 |
| 135 | 274 |

## GRAY v. McLAUGHLIN.

Evidence: DECLARATIONS OF ONE SUFFERING FROM INJURY. In an action for damages for injuries received by the plaintiff's intestate, her declarations as to the nature and character of her sufferings, made while in that condition, were held admissible.

*Appeal from Delaware District Court.*

SATURDAY, DECEMBER 19.

THE petition charges that defendant did keep, and allow to run at large, two rams of a vicious disposition, and accustomed to attack and butt and stamp mankind, and so known to defendant. That Christiana Gray, wife of plaintiff, was attacked by said rams, and so greatly injured that her death resulted therefrom, whereby

plaintiff was deprived of her society and services, and greatly damaged. The answer denies the material allegations of the petition, and avers that the said Christiana was weak, sick, infirm and old, and that her sudden death had been expected for many years, by plaintiff and her friends.

. Upon the trial, plaintiff propounded the following question to several witnesses: " What did Christiana Gray say, if anything, as to her suffering or sickness at the time you first saw her, after she had sustained the injuries you have mentioned." To this question, when asked of each witness, defendant objected, and the objection was sustained by the court, plaintiff excepting thereto.

Verdict and judgment for defendant, plaintiff appeals.

*House & Heath* for the appellant.

*W. T. Barker* for the appellee.

BECK, J. — The errors assigned are the refusal of the court to permit the witnesses to give in evidence the EVIDENCE: de-   declarations of the deceased, in regard to the clarations of one suffering.   *cause* of her injuries and suffering, and also the character and nature of her suffering and sickness. The record does not disclose that these declarations, as to the cause of her suffering, were made at a time which would entitle them to be regarded as a part of the *res gestæ*, and they were, therefore, properly excluded.

But her declarations as to the nature and character of her suffering and sickness, should have been admitted in evidence. The expressions of one suffering from bodily pain and illness, relative to his health, are admissible in evidence, being the natural consequence and usual indication of suffering and sickness. 1 Phillips Ev. (Cowen & Hill's and Edward's Notes) 182 ; 1 Greenleaf's Ev. § 102.

The evidence was competent, and pertinent to the issues in the case. The suffering and pain endured by the deceased, were symptoms indicating the cause of her disease, whether it was the result of injuries and violence, or of weakness, infirmity and age, as averred in the answer. Her declarations, in regard to these symptoms, would have aided the jury in finding the cause of her death, an important question in the case.

Reversed.